IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PEGGY BATTLES                                                          PLAINTIFF

V.                              CASE NO. 5:10CV00269BSM

THOMPSON HOSPITALITY                                          DEFENDANTS

### ORDER

Plaintiff's motion for appointment of counsel (Doc. No. 15) was referred to the undersigned for disposition.  Before counsel can be appointed for Plaintiff, she is directed to contact three attorneys about taking her case.

IT IS, THEREFORE, ORDERED that Plaintiff has thirty (30) days from the date of this Order to file a statement with the Court that she has talked to at least three attorneys about taking her case.  The attorneys must refuse to help or require payment before they begin the case.  If the attorneys refuse the case for a reason other than financial considerations, Plaintiff should continue to seek counsel.  Plaintiff's statement should give the names of the attorneys, the dates they were consulted, and what they said.

If Plaintiff has additional facts to support her claim that were not included in the complaint, she may include these in her statement.  If Plaintiff has witnesses she would expect to testify for her, she should give their names and state what she thinks they would say.

IT IS FURTHER ORDERED that if Plaintiff's statement is not filed within thirty (30) days, the request for appointment of counsel will be denied.

SO ORDERED this 7th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE