**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**PEGGY BATTLES**                                                                           **PLAINTIFF**

**v.**                         **Case No. 5:10-cv-269-KGB**

**THOMPSON HOSPITALITY**
**SERVICES, LLC**                                                             **DEFENDANT**

## JUDGMENT

In accordance with the Court's Order entered in this case on this date, it is considered, ordered, and adjudged that plaintiff's claims against defendant Thompson Hospitality Services, LLC are dismissed with prejudice.

IT IS SO ADJUDGED this 9th day of April, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE